

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00611-CV

**LITTMAN STUDIO, LLC**,
Appellant

v.

**WEINRITTER ST. PAUL SQUARE, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-19896
Honorable Nicole Garza, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios Justice
              Beth Watkins, Justice

Delivered and Filed: August 23, 2023

DISMISSED FOR WANT OF PROSECUTION

On June 22, 2023, Appellant Littman Studio, LLC filed a notice of appeal challenging the trial court's June 16, 2023 order. When appellant filed the notice of appeal, it was required to pay a $205.00 filing fee. *See* TEX. R. APP. P. 5. However, appellant did not pay the filing fee, and we notified appellant in writing the notice of appeal had been conditionally filed because the $205.00 filing fee had not been paid. We instructed appellant to pay the fee by July 6, 2023 and cautioned if the fee was not paid, the appeal was subject to being stricken by this court. The fee was not paid.

On July 18, 2023, we ordered appellant to either: (1) pay the filing fee; or (2) provide written proof it was entitled to appeal without paying the $205.00 filing fee. We warned appellant if it failed to respond within the time ordered, we would dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3(c).

Appellant has not paid the filing fee or otherwise responded to our order. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3(c); *Zayas v. Denson*, No. 04-18-00373-CV, 2018 WL 3551193, at *1 (Tex. App.—San Antonio July 25, 2018, no pet.) (mem. op.) (dismissing appeal for failure to pay filing fee).

PER CURIAM